**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Richard Moran, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Department of Human Services, | ) | Case No. 1:08-cv-011 |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on April 21, 2008. See Docket No. 8. The parties have stipulated that the above-entitled action be dismissed with prejudice and without costs or disbursements to any party. The Court adopts the parties' stipulation in its entirety.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court